1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Thomas E. Perez, *Secretary*      )   CV 13-07487 RSWL (RZx)
     *of Labor, United States*          )
12   *Department of Labor*              )
                                        )   **ORDER RE: PLAINTIFF'S**
13                                      )   **MOTION FOR DEFAULT**
                        Plaintiff,      )   **JUDGMENT AGAINST**
14                                      )   **DEFENDANT [14]**
                                        )
15           v.                         )
                                        )
16                                      )
                                        )
17   Richard Huot, *an*                 )
     *individual, also known as*        )
18   Heng Richard Huot and as           )
     Heng Huot, *and doing*             )
19   *business as* China Wok            )
     Express *and doing business*       )
20   *as* Golden Wok Fried              )
     Chicken,                           )
21                                      )
                        Defendant.      )
22                                      )
                                        )
23   _____   )

24

25        On February 26, 2014, Plaintiff Thomas E. Perez,

26   Secretary of Labor, United States Department of Labor

27   ("Plaintiff") filed the present Motion for Default

28   Judgment against Defendant Richard Huot ("Defendant")

                              1

for violating Sections 6, 7, and 15(a)(2) of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 206, 207, and 215(a)(2) [14].  This matter was taken under submission on March 27, 2014 [18].  The Court, having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS**:

Plaintiff's Motion for Default Judgment is **GRANTED**.

The Court finds that Plaintiff has satisfied all procedural requirements necessary under Local Rule 55-1 for entry of default judgment.  Specifically, the Court finds that the Clerk entered default against Defendant as to the First Amended Complaint ("FAC") on January 15, 2014 [12]; Defendant is not a minor, incompetent, in the military, or otherwise exempted under the Servicemembers Civil Relief Act (Garcia Decl. ¶¶ 10-11); and Defendant was served notice of the Motion on January 31, 2014 (<u>Id.</u> at ¶ 12).  Furthermore, the Court finds that the substantive factors set forth in <u>Eitel v. McCool</u>, 782 F.2d 1470 (9th Cir. 1986) weigh in favor of granting default judgment.

Regarding the amount of relief requested:

Plaintiff requests the following damages: (1) $172,264.50 in back wages and (2) $172,264.50 in liquidated damages.  Plaintiff also requests injunctive relief against Defendant to (1) enjoin and restrain him from withholding all unpaid minimum wage and overtime compensation due under the FLSA and (2) permanently

enjoin and restrain Defendant from violating the FLSA.

Defendant has violated 29 U.S.C. §§ 206, 207, and 215(a)(2) by failing to pay his employees the minimum wage as prescribed by the FLSA and by failing to pay his employees at a rate not less than one and one-half times their regular pay rate for hours worked in excess of forty hours in a workweek.  As a result of his violations of the monetary provisions of the FLSA, Defendant owes unpaid minimum wage and overtime compensation to the employees identified in Exhibit A to the FAC.  Therefore, Plaintiff's request for $172,264.50 in back wages is **GRANTED.**

Because Defendant violated 29 U.S.C. §§ 206 and 207, Defendant is liable for liquidated damages for an amount equal to the unpaid minimum and unpaid overtime wages.  29 U.S.C. § 216(b).  Therefore, Plaintiff's request for $172,264.50 in liquidated damages is **GRANTED.**

Lastly, pursuant to 29 U.S.C. § 217, Plaintiff's request for injunctive relief against Defendant to (1) enjoin and restrain him from withholding all unpaid minimum wage and overtime compensation due under the
//
//
//
//
//
//

3

1   FLSA and (2) permanently enjoin and restrain Defendant

2   from violating the FLSA is **GRANTED.**

3

4   The Clerk to close this Action.

5

6   **IT IS SO ORDERED.**

7   DATED: April 22, 2014

8
                          RONALD S.W. LEW
9                        _____
10                       **HONORABLE RONALD S.W. LEW**
                         Senior U.S. District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28